UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE DRYWALL TAPERS AND )
POINTERS LOCAL UNION NO. 1974 BENEFIT FUNDS and )
THE DISTRICT COUNCIL NO. 9, DRYWALL TAPERS AND )
POINTERS OF GREATER NEW YORK LOCAL UNION 1974, )
AFFILIATED WITH INTERNATIONAL UNION OF )
PAINTERS AND ALLIED TRADES, AFL-CIO, ) Index No.: 19-CIV-7273 (LGS)
(GBD) )
                              Plaintiffs, )
    -against- ) DEFAULT JUDGMENT
)
EXCELLENCE DRYWALL, LLC, )
)
                              Defendant. )

---

      This action having been commenced on August 5, 2019 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the Defendant, Excellence Drywall, LLC, on September 4, 2019 via New York's Secretary of State and said Proof of Service having been filed with the Clerk of the Court on September 11, 2019 and the Defendant not having appeared, answered or otherwise moved with respect to the Complaint within the time allowed by law, and the time for appearing, answering or otherwise moving having expired it is,

      ORDERED, ADJUDGED AND DECREED: that the Plaintiffs have judgment against Defendant to be determined in a post-default judgment inquest, in the liquidated amount of ~~$5,820.50~~ which includes the following: principal amount in the sum of ~~$1,702.63~~, interest in the sum of ~~$93.XX~~ liquidated damages in the sum of ~~$170.26~~ attorneys' fees in the sum of ~~$3,225.00~~ and court costs and disbursements of this action in the sum of ~~$629.50~~.

      ORDERED, that the Defendant permit and cooperate in the conduct of an audit of all of its books and records including, but not limited to, all payroll journals, business income tax returns, general ledger and journal, books of original entry, subsidiary ledgers, payroll records, bank statements, and cancelled checks, W-2 and W-3 forms, 940, 941, WT4-A and WT4-B forms, 1099 forms, New York State

employment report, insurance reports, disability insurance reports, Workers Compensation report forms and remittance reports for the period of January 1, 2017 through December 31, 2018 and directing, that judgment be entered thereon for the amount stated in the audit report including interest, liquidated damages, and auditors' fees.

ORDERED, that the Judgment rendered by the court on this day in favor of the Plaintiffs be entered as a final judgment against Defendant and the Clerk of the Court is directed to enter such judgment forthwith.

It is further ORDERED that, in the post-default judgment inquest, Plaintiffs shall file evidentiary support of: (1) the damages amount sought, with reference to contractual provisions or legal authority as applicable, and any other material justifying the calculation; (2) attorney's fees and costs sought; (3) the amount calculated in the audit report discussed above. The inquest referral will follow separately.

Dated: New York, New York
November 26, 2019

So Ordered:

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE