UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
TRUSTEES OF THE DRYWALL
TAPERS, et al.,

                Plaintiffs,

  -against-

EXCELLENCE DRYWALL, LLC

                Defendant.
------------------------------------------------------X

ORDER

19-CV-7273 (LGS)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      This case has been referred to the undersigned for an inquest in order to determine the amount of damages, if any, that should be awarded to the plaintiffs against defendant Excellence Drywall, LLC. Accordingly, IT IS HEREBY ORDERED that, on or before March 17, 2020, the plaintiffs shall prepare and file, with the Court: (1) proposed findings of fact and conclusions of law; and (2) an inquest memorandum of law, accompanied by supporting affidavits and exhibits, setting forth proof of their damages. The plaintiffs must serve these documents on Excellence Drywall, LLC, and file proof of such service with the Clerk of Court.

      IT IS FURTHER ORDERED that, on or before April 1, 2020, the defendant shall prepare and file any opposing memoranda, affidavits and exhibits, as well as any alternative findings of fact and conclusions of law, and serve the same upon the plaintiffs.

Dated: New York, New York
       February 18, 2020

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE