UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TRUSTEES OF THE DRYWALL TAPERS AND      :
POINTERS LOCAL UNION NO. 1974 BENEFIT    :
FUNDS and THE DISTRICT COUNCIL NO. 9,
DRYWALL TAPERS AND POINTERS OF           :
GREATER NEW YORK LOCAL UNION 1974,
AFFILIATED WITH INTERNATIONAL UNION     :      **ORDER**
OF PAINTERS AND ALLIED TRADES, AFL-CIO,
                                                                         :       19- CV-7273 (LGS) (KNF)

              Plaintiffs,                  :

         -against-                         :

EXCELLENT DRYWALL ,LLC,              .    :
                                                                        :
             Defendant.
------------------------------------------------------------X

KEVIN NATHANIEL FOX,
UNITED STATES MAGISTRATE JUDGE

      The plaintiffs have filed proposed findings of fact and conclusions of law, as well as an affirmation to prove their damages in this action. On or before May 12, 2020, the defendant shall file any opposing memorandum of law, affidavits and exhibits, as well as any alternative findings of fact and conclusions of law, and serve same on the plaintiffs.

The plaintiffs shall serve the defendant with a copy of this order and file proof of service with the Clerk of Court.

Dated: New York, New York
       April 27, 2020

                                  SO ORDERED:

                                  */s/ Kevin Nathaniel Fox*
                                  KEVIN NATHANIEL FOX
                                  UNITED STATES MAGISTRATE JUDGE