**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
TRUSTEES OF THE DRYWALL TAPERS AND
POINTERS LOCAL UNION NO. 1974 BENEFIT
FUNDS, ET AL.,

                       Plaintiffs,                       19 **CIVIL** 7273 (LGS)

       -against-                                **JUDGMENT**

EXCELLENCE DRYWALL, LLC,

                       Defendant.
-------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 21, 2020, the Report and Recommendation is ADOPTED as modified. Plaintiffs are awarded $3,854 -- consisting of (1) $629 in costs and disbursements in this action and (2) $3,225 in reasonable attorneys' fees -- plus post-judgment interest, calculated at the statutory rate prescribed by 28 U.S.C. § 1961; accordingly, the case is closed.

**Dated:**  New York, New York
           September 21, 2020

                                                        **RUBY J. KRAJICK**
                                                        **Clerk of Court**
                            **BY:**   K. Mango
                                                        **Deputy Clerk**